

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-21-00512-CV

**MR. W FIREWORKS, INC.**,
Appellant

v.

**CONCHO ACQUISITION PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03698
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant's reply brief is currently due by August 1, 2022. On July 26, 2022, appellant filed an unopposed motion requesting until August 8, 2022 to file the reply brief. After consideration, we **grant** the motion and **order** the reply brief due **by August 8, 2022.**

It is so **ORDERED** on this 29th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court